UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXEY SOKOLOV,<br><br>       Petitioner,<br><br>  -against-<br><br>ALEJANDRO MAYORKAS,<br><br>       Respondent. | 22-CV-4554 (LTS)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued July 18, 2022, dismissing the petition,

  IT IS ORDERED, ADJUDGED AND DECREED that the petition is dismissed. Because the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue under 28 U.S.C. § 2253.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: July 18, 2022
     New York, New York

                  /s/ Laura Taylor Swain
                  LAURA TAYLOR SWAIN
                Chief United States District Judge